**AFFIRM; and Opinion Filed October 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00523-CR
No. 05-15-00524-CR

**LADARREAN LOFFEYETTE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-51035-J, F13-61695-J**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

LaDarrean Loffeyette Williams was convicted, following the adjudication of his guilt, of assault involving family violence, with a prior assault involving family violence conviction (cause no. 05-15-00524-CR), and a new offense of assault involving family violence by impeding the breath, having a prior assault involving family violence conviction (cause no. 05-15-00523-CR). *See* TEX. PENAL CODE ANN. §§ 22.01(a)(1), (b)(2), (b-1) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). The trial court assessed punishment at five years' imprisonment in cause no. 05-15-00524-CR and ten years' imprisonment in cause no. 05-15-00523-CR. On appeal, appellant's attorney filed a brief in

which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not do so. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150523F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LADARREAN LOFFEYETTE
WILLIAMS, Appellant

No. 05-15-00523-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F15-51035-J).
Opinion delivered by Justice Brown,
Justices Lang-Miers and Schenck
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LADARREAN LOFFEYETTE
WILLIAMS, Appellant

No. 05-15-00524-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F13-61695-J).
Opinion delivered by Justice Brown,
Justices Lang-Miers and Schenck
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 29, 2015.